Sandra C. Oswalt, Esq. (027283)
**OSWALT LAW GROUP, PC**
300 West Clarendon Avenue, Suite 290
Phoenix Arizona 85013
Tel: (602) 773-5699| Fax: (602) 773-5739
sandra@oswaltlawgroup.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RICKY R. BUCHANAN,<br>DANE L. BUCHANAN,<br><br>Debtors. | Chapter 13 Proceedings<br><br>Case No.: 4:19-bk-00206-BMW<br><br>**NOTICE OF SUBMITTING REQUEST TO TRUSTEE TO COMMENCE ADEQUATE PROTECTION PAYMENTS** |

The Debtors, Ricky and Dane Buchanan, by and through undersigned counsel, hereby request that the Trustee begin monthly adequate protection payments of $265.00 per month to Alaskan USA Federal Credit Union, for the 2016 Dodge Ram and $65.00 per month to Freedom Road Financial, for the 2015 KTM Motorcycle.

RESPECTFULLY SUBMITTED this 3rd day of May, 2019.

**OSWALT LAW GROUP, PC**
/s/ Sandra C. Oswalt (027283)
Sandra C. Oswalt, Esq.
Attorney for Debtors

# CERTFICATE OF SERVICE

This 3rd day of May, 2019, the foregoing was electronically transmitted to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrant:

DIANNE C. KERNS
mail@dcktrustee.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

By: /s/ Morgan Chacon