1  Sandra C. Oswalt, Esq. (027283)
2  **OSWALT LAW GROUP, PC**
   300 West Clarendon Avenue, Suite 290
3  Phoenix Arizona 85013
   Tel: (602) 773-5711| Fax: (602) 773-5739
4  sandra@oswaltlawgroup.com
   *Attorneys for Debtors*
5

6

7              **UNITED STATES BANKRUPTCY COURT**

8                   **DISTRICT OF ARIZONA**

9  | In re: | In Proceedings Under Chapter 13 |
10 |        |                                 |
11 | RICKY R. BUCHANAN, DANÉ L. BUCHANAN, | Case No.: 4:19-bk-00206-BMW |
12 |        | **OBJECTION TO TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION** |
13 |   Debtors.  | |

14

15        Debtors, Ricky and Dané Buchanan, by and through undersigned counsel,

16 hereby object to the Trustee's Notice of Intent to Dismiss Case for Failure to Confirm

17 Chapter 13 Plan of Reorganization for the reasons stated below:

18    1. The Debtors have filed a Motion to Excuse Conduit Payments, with a

19       response due by June 11, 2019, since the Debtors are current on the

20       mortgage. This matter needs to be resolved prior to Plan Confirmation;

21    2. The Debtors filed an Objection to Claim #18, on May 3, 2019, with a

22       response due by May 24, 2019, plus three day for mail before the Order

23       Disallowing the Claim may be submitted if no response is filed;

24    3. Once all issues are resolved, counsel for LoanDepot.com will need to sign

25       off on the Stipulated Order Confirming, prior to its submission to the

26       Trustee for review.

       4. Debtors' Plan payments are current.

27

28

*In re: Ricky & Dané Buchanan*
*Case No. 4:19-bk-00206-BMW*

1      WHEREFORE Debtors object to the Trustee's Notice of Intent to Dismiss and

2 based on the foregoing, request an extension of 15 day from the date the Order is

3 signed regard the Motion to Excuse, to submit the Stipulated Order Confirming their

4 Plan.

5      RESPECTFULLY SUBMITTED this date:  May 24, 2019

6                   **OSWALT LAW GROUP, PC**

7                   /s/ Sandra C. Oswalt, Esq. (027283)
                  Sandra C. Oswalt, Esq.

8                   Attorney for Debtors

9

10

11                   **CERTIFICATE OF SERVICE**

12

13      This is to certify that on May 23, 2019, the foregoing document was

14 electronically transmitted to the Clerk's office using the CM/ECF system for filing with
electronic notice to the following CM/ECF registrants:

15

16 DIANNE C. KERNS
mail@dcktrustee.com

17

18 U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

19

20 By:  /s/ Sandra C. Oswalt

21

22

23

24

25

26

27

28

                                *In re: Ricky & Dané Buchanan*
                                *Case No. 4:19-bk-00206-BMW*