THIS ORDER IS APPROVED.

Dated: June 20, 2019



Brenda Moody Whinery, Chief Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

RICKY R. BUCHANAN,
DANÉ L. BUCHANAN,

Debtors.

Chapter 13

Case No.: 4:19-bk-00206-BMW

**ORDER GRANTING DEBTORS' MOTION TO EXCUSE DEBTORS FROM CONDUIT PAYMENTS**

Upon Debtors' Motion to Excuse Debtors from Conduit Payments (Docket # 20);

And Debtors being current with their mortgage payments and having cured the mortgage arrearage;

And for good cause appearing;

IT IS ORDERED, that the Debtors are excused from making conduit payments and are allowed to pay any projected escrow shortages monthly with their regular monthly mortgage payments directly to the lender.

IT IS FURTHER ORDERED that LoanDepot.com.LLC, shall be allowed to apply Debtors' January 2019 payment received post-petition, to the Debtors' pre-petition arrears.

**ORDER DATED AND SIGNED ABOVE**

*In re: Ricky & Dané Buchanan*
*Case No. 4:19-bk-00206-BMW*