# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

RICKY R. BUCHANAN,
DANÉ L. BUCHANAN,

Debtors.

In Proceedings Under
Chapter 13

Case No. 4:19-bk-00206-BMW

**STIPULATED ORDER CONFIRMING
CHAPTER 13 PLAN AND
APPROVAL OF ATTORNEY FEES**

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amount of future income to the Trustee for distribution under the Plan.

   (1) <u>Future Earnings or Income</u>. Debtors shall make the following monthly Plan payments:

| Months | Payments |
|---|---|
| 1-21 | $1,020.00 |
| 22-56 | $1,093.00 |
| 57-60 | $1,122.00 |

The payments are due on or before the 7th day of each month commencing February, 2019. Debtors are instructed to remit all payments on or before the stated due date each month. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before a discharge can be entered. This requirement is effective regardless of plan payments suspensions, waivers or moratoriums, and must be included in any Plan Confirmation Order.

The Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns, including all attachments, forms, schedules and statements, each year for the duration of the Chapter 13 Plan, **within 14 days after the returns have been filed**. (All

*In re: Ricky & Dané Buchanan*
*Case No.: 4:19-bk-00105-BMW*

personally identifiable information must be redacted prior to submission and may be submitted to mail@dcktrustee.com). Failure to submit tax returns may result in the dismissal of the Chapter 13 case. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. The Debtors provided, directly to the Trustee their net *federal* and *state* income tax refunds for tax year 2018 in the amount of $2,284.08, as a supplemental plan payment. If the Debtors receive a tax refund in excess of $1,000, the debtors shall pay such refund directly to the Trustee as a supplement to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION**. This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS**. Claims shall be classified and treated as listed below. **The Plan and this Order shall not constitute an informal proof of claim for any creditor**. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

(1) Administrative expenses.
Attorney Fees. Oswalt Law Group, PC, shall be allowed total compensation of $4,500.00. Counsel received $2,000.00 prior to filing this case and will be paid $2,500.00 by the Chapter 13 Trustee through the Plan.

(2) Claims Secured by Real Property:
LoanDepot.com, LLC, secured by a first deed of trust in the Debtors' residence, shall be paid the prepetition arrearage of $141.93 with 0% interest. Post-petition mortgage payments shall be paid outside the Plan directly to the secured creditor by Debtors. Post-petition mortgage fee in the amount of $1,125.00 shall be paid thru the Plan.

(3) Claims Secured by Personal Property:
(a) Alaska USA Federal Credit Union, secured by a lien in a 2016 Dodge Ram 1500 Crew Cab SLT Pickup 4D, shall be paid a secured claim of $31,844.14 with 6.24% interest. The creditor will receive adequate protection payments of $265 per month.

(b) Quantum3 Group, LLC/Aqua Finance, Inc., secured by a lien in a household water system, shall be paid a secured claim of $4,157.81 with 0% interest.

(c) Freedom Road Financial, c/o Wayfinder BK, LLC, secured by a lien in a 2015 KTM 250 XC Motorcycle, shall be paid a secured claim of $2,454.08 with 7.25% interest. The creditor will receive adequate protection payments of $65 per month.

*In re: Ricky & Dané Buchanan*
*Case No.: 4:19-bk-00105-BMW*

(4) <u>Unsecured Priority Claims</u>: None.

(5) <u>Surrendered Property</u>.
Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property: None.

(6) Other Provisions: Leases and Unexpired Executory Contracts.

| Assumed: | Arrearages | Date |
|---|---|---|
| Centurylink, Internet service (Ex 7/3/19) | 0 | Date of Filing |
| DirecTV, Satellite TV service (Ex 6/10/19) | 0 | Date of Filing |
| Tesla Solar Leasing, Solar panel contract (Ex 10-15 yrs) | 0 | Date of Filing |

(7) <u>Unsecured Non-priority Claims</u>. All other allowed claims shall be classified as unsecured and non-priority. Such allowed claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328(a).

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this order. Property of the estate vests in the Debtor upon confirmation.

---

**ORDER DATED AND SIGNED ABOVE**

---

APPROVED AS TO FORM AND CONTENT:


_____
Dianne C. Kerns, Trustee



_____
~~Lawrence J.~~ McDonald, Attorney for LoanDepot.com, LLC
Leonard

*In re: Ricky & Dané Buchanan*
*Case No.: 4:19-bk-00105-BMW*

3 of 4

Case 4:19-bk-00206-BMW    Doc 31    Filed 07/17/19    Entered 07/17/19 17:15:09    Desc
Main Document    Page 3 of 4

_(signature)_
Sandra C. Oswalt, Attorney for Debtor

The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_(signature)_
Ricky R. Buchanan, Debtor

_(signature)_
Dané L. Buchanan, Debtor