THIS ORDER IS APPROVED.

Dated: July 22, 2019



Brenda Moody Whinery, Chief Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RICKY RANDOLPH BUCHANAN,<br>DANÉ LYNETTE BUCHANAN,<br><br>Debtors. | In Proceedings Under<br>Chapter 13<br><br>Case No. 4:19-bk-00206-BMW<br><br>**ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

Upon Debtors' Motion to Extend Time to Submit Stipulated Order Confirming Chapter 13 Plan (Docket #29);

And for good cause appearing;

IT IS ORDERED, that the Debtors herein shall have until July 17, 2019, for Debtors to submit a Stipulated Order Confirming their Chapter 13 Plan to the Trustee for review and signature.

---

ORDER DATED AND SIGNED ABOVE

---

*In re: Ricky and Dane Buchanan*
*Case No. 4:19-bk-00206-BMW*