THIS ORDER IS APPROVED.

Dated: August 29, 2019



Brenda Moody Whinery, Chief Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | In Proceedings Under |
|---|---|
| | Chapter 13 |
| | Case No.: 4:19-bk-00206-BMW |
| RICKY R. BUCHANAN, <br> DANE L. BUCHANAN, <br><br> Debtors. | **ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM #18 FILED BY LVNV FUNDING, LLC** |

Upon the Court's consideration of Debtors' Objection to Proof of Claim #18, filed LVNV Funding, LLC, with notice of such objection having been duly given, no objections having been filed; and for good cause appearing,

IT IS HERBY ORDERED that Claim #18 is hereby disallowed.

**DATED AND SIGNED ABOVE**

*In re: Ricky and Dane Buchanan*
*Case No. 4:19-bk-00206-BMW*