Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
Mailing Address:
31 North 6th Avenue, Suite105-152
Tucson, AZ 85701
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

# United States Bankruptcy Court

## District Of Arizona

| | |
|---|---|
| In re: ) | |
| ) | |
| RICKY RANDOLPH BUCHANAN ) | Case No. 4:19-bk-206-BMW |
| ) | |
| DANE YVETTE BUCHANAN ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | |
| Last four digits of Social Security No(s).: 3685 ) | |
| 5920 ) | |
| ) | |

*Notice of Return of*
*Proposed Stipulated Order on Confirmation (SOC)*
*Notice of Motion to Dismiss*
*And*
*Notice of Intent to Upload Order Dismissing Case*

Dianne C. Kerns, Trustee for the above-captioned estate, hereby gives notice that the *Order Confirming Chapter 13 Plan* has been reviewed by the Trustee and is being returned to Debtor's counsel for the following reasons:

1. <u>Chapter 7 Liquidation</u>. Trustee objects to confirmation because the chapter 7 liquidation value of the estate has been underreported. Based on the proofs of claim and schedules filed to date, Trustee calculates the chapter 7 liquidation of the estate to be $3,663.34:

   *Best Interest of Creditors Test:*

   | | |
   |---|---|
   | Value of Debtor's interest in nonexempt property | $ 4,884.45 |
   | Plus: Value of property recoverable under avoiding powers | |
   | Less: Estimated Chapter 7 administrative expenses | $ 1,221.11 |
   | Less: Amount to unsecured priority creditors | $ 0.00 |
   | Equals: Estimated amount payable to unsecured non-priority claims if Debtor filed Chapter 7Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income. | $ 3,663.34 |

   This objection may be resolved by providing an updated plan summary with the corrected chapter 7 liquidation value with the proposed Stipulated Order Confirming or providing Trustee with detailed accounting of liquidation value.

2. The Trustee objects to confirmation because the plan is not confirmable because it does not comply with 11 U.S.C.§1325(b)(1)(B). According to Debtor's Form I22C, the disposable income of $1304.35, multiplied by 60 months, results in a dividend to unsecured creditors of $78261.00. Pursuant to Trustee's calculations, the dividend to unsecured creditors is $13777.03. This objection may be resolved by increasing the plan base to comply with 11 U.S.C.§1325(b)(1)(B).

The Trustee reserves the right to raise any further objections that may become apparent at a later date. The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

This Notice will serve as the Trustee's Motion to Dismiss the case in the event the above issues are not resolved within 30 days from the date of this Notice.

Pursuant to L.R.B.P. 2084-10(b), the Debtor has 30 days to comply with the Trustee's requests, or the Trustee will upload and serve a proposed dismissal order stating the Debtor has

failed to comply with the Trustee's request.  If the Debtor is unable to comply with the requirements within 30 days, an extension of time should be requested from the Bankruptcy Court stating the reasons for the delay.

Dated this 22nd day of October, 2019.

OFFICE OF THE CHAPTER 13 TRUSTEE  
7320 N. La Cholla #154-413  
Tucson, AZ  85741

By /s/  DCK 011557
    Dianne C. Kerns, Chapter 13 Trustee

| | |
|---|---|
| 1 | A copy of the foregoing **NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC), NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE** |
| 2 | |
| 3 | was filed with the United States Bankruptcy Court and a copy transmitted via electronic or first class |
| 4 | mail this 10/22/2019 to: |
| 5 | |
| 6 | Ricky & Dane Buchanan<br>42050 W. Ramona St.<br>Maricopa, AZ 85138 |
| 7 | Debtors |
| 8 | |
| 9 | John D. Yohe, Esq.<br>3933 S. McClintock Dr.#500<br>Tempe, AZ 85282 |
| 10 | Attorney for Debtors |