Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
31 N. 6th Avenue
#105-152
Tucson, AZ 85701-5701
Telephone 520.544.9094
facsimile 520.544.7894
mail@dcktrustee.com

# United States Bankruptcy Court

## District of Arizona

| | |
|---|---|
| In re: ) | |
| ) | |
| RICKY RANDOLPH BUCHANAN ) | Case No. 4:19-bk-00206-BMW |
| DANE LYNETTE BUCHANAN ) | |
| ) | |
| ) | |
| Debtor ) | Chapter 13 |
| ) | |
| Last four digits of Social Security No(s).:3685 ) | |
| 5920 ) | |
| _____ ) | |

*Notice of Return of*
*Proposed Stipulated Order on Confirmation (SOC)*
*Notice of Motion to Dismiss*
*And*
*Notice of Intent to Upload Order Dismissing Case*

Dianne C. Kerns, Trustee for the above-captioned estate, hereby gives notice that the

*Order Confirming Chapter 13 Plan* has been reviewed by the Trustee and is being returned to

Debtor's counsel for the following reasons:

1. The Trustee objects to confirmation because the pay stubs that were submitted do not appear to substantiate the deduction of $1,248.07 for taxes on line 16 of Form 122C-2. This objection may be resolved by submitting 2 recent, consecutive pay stubs to substantiate this deduction, or in the alternative, by amending Form 122C-2 to reflect the correct amount of taxes.
2. The Trustee objects to confirmation because the SOC does not include the debtors' tax refunds in the payment schedule. This objection may be resolved by amending the SOC to include the tax refunds as supplemental payments in the payment schedule.

The Trustee reserves the right to raise any further objections that may become apparent at a later date. The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

This Notice will serve as the Trustee's Motion to Dismiss the case in the event the above issues are not resolved within 30 days from the date of this Notice.

Pursuant to L.R.B.P. 2084-10(b), the Debtor has 30 days to comply with the Trustee's requests, or the Trustee will upload and serve a proposed dismissal order stating the Debtor has failed to comply with the Trustee's request. If the Debtor is unable to comply with the requirements within 30 days, an extension of time should be requested from the Bankruptcy Court stating the reasons for the delay.

Dated this 13th day of May 2020.

OFFICE OF THE CHAPTER 13 TRUSTEE
31 N. 6TH AVENUE #105-152
TUCSON, AZ 85701-5701

By /s/ DCK 011557
Dianne C. Kerns, Chapter 13 Trustee

Case 4:19-bk-00206-BMW    Doc 50    Filed 05/13/20    Entered 05/13/20 11:54:54    Desc
Main Document    Page 2 of 3

A copy of the foregoing **NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC), NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE** was filed with the United States Bankruptcy Court and a copy transmitted via electronic or first class mail this 5/13/20 to:

RICKY RANDOLPH BUCHANAN
DANE LYNETTE BUCHANAN
42050 W. RAMONA ST.
MARICOPA, AZ 85138
Debtors

SANDRA C. OSWALT
Oswalt Law Group, P.C.
3933 S. McClintock Drive, Ste. 500
Tempe, AZ 85282
Attorney for Debtors

By: DH